NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**PRISCILLA A. SAUNDERS,**

*Petitioner*

**v.**

**MERIT SYSTEMS PROTECTION BOARD,**

*Respondent*

---

2024-1059

---

Petition for review of the Merit Systems Protection Board in No. PH-0752-23-0331-I-1.

---

## O R D E R

The petitioner having failed to file a compliant Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

2                                                    SAUNDERS V. MSPB

All pending motions are denied as moot.

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

January 5, 2024
Date

**ISSUED AS A MANDATE:** January 5, 2024